IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01598-REB-CBS

SUPERIOR CHOICE CREDIT UNION,
a Wisconsin non-profit corporation credit union,

     Plaintiff,

v.

NORLARCO CREDIT UNION,
a Colorado non-profit corporation credit union,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that the Motion by National Credit Union Administration as Conservator for Norlarco Credit Union, for 45-Day Statutory Stay (*doc. no. 4)* is **GRANTED**.

     IT IS FURTHER ORDERED that pursuant 12 U.S.C. § 1787(b)(12)(B) this matter is stayed as to all parties until and including **September 13, 2007**.

**DATED:**     August 15, 2007