IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01598-REB-CBS

SUPERIOR CHOICE CREDIT UNION,
a Wisconsin non-profit corporation credit union,

   Plaintiff,

v.

NORLARCO CREDIT UNION,
a Colorado non-profit corporation credit union,

   Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

   IT IS HEREBY ORDERED that the Joint Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting, Pending Settlement and Dismissal of Complaint (*doc. 25*) is GRANTED. The November 29, 2007 scheduling conference and all related deadlines are **VACATED**.

   IT IS FURTHER ORDERED that the parties shall file a either a stipulation or motion to dismiss with prejudice, pursuant to FED.R.CIV.P. 41(a), on or before **November 29, 2007**. If the parties need any extension of this date, they must file a written motion no later than **seventy-two (72)** hours before the November 29th deadline.

   Counsel are put on notice that failure to file a timely stipulated motion to dismiss by the designated deadline could result in closure of the case upon the Court's own initiative.

**DATED:**   November 19, 2007